UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEVERLY WLIMORE, for and on behalf of herself and other persons similarly situated,

                Plaintiff,

- against -

CHARTER COMMUNICATIONS a/k/a SPECTRUM REACH

                Defendant.

**ORDER**

19 Civ. 9353 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for April 9, 2020 is hereby adjourned to **May 22, 2020 at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         March 24, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge