UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEVERLY WILMORE, for and on behalf of herself and other persons similarly situated,

            Plaintiff,

  -   against  -

CHARTER COMMUNICATIONS, LLC and SPECTRUM REACH, LLC,

           Defendants..

**ORDER**

19 Civ. 9353 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        This action was filed in October 2019.  In an August 25, 2020 order, this Court directed the parties to conduct jurisdictional discovery, as well as discovery concerning Defendants' arguments that Plaintiff's claims are subject to mandatory arbitration, and to submit letters addressing what this limited discovery revealed.  (Dkt. No. 29)  In a November 12, 2020 letter, Plaintiff argues that jurisdiction and venue are proper both in this District and in "Stamford, Connecticut where Defendant Charter [Communications] maintains its corporate headquarters."  (Pltf. Ltr. (Dkt. No. 38) at 5 n.4)  In a November 12, 2020 letter, Defendants acknowledge that both Charter Communications and Spectrum Reach maintain a principle place of business in Stamford, Connecticut.  (Def. Ltr. (Dkt. No. 37) at 2)  On September 8, 2021, the Court ordered the parties to submit a letter stating whether they consent to transferring this case to the District of Connecticut.  (Dkt. No. 40)  The parties each consent.  (Dkt. Nos. 41, 42)

Accordingly, this case will be transferred forthwith to the United States District Court for the District of Connecticut. The seven-day waiting period set forth in Local Rule 83.1 is waived. The Clerk of the Court is directed to close this case.

Dated: New York, New York
September 20, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge